# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRITTERS OF THE CINEMA, ) | Case No.: 1:16-cv-00123 --- JLT |
| Plaintiff, ) ) | ORDER DISCHARGING ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE |
| v. ) | |
| NESTLE PURINA PETCARE COMPANY, ) | |
| Defendant. ) | |

On March 2, 2016, the Court ordered Plaintiff's counsel, Christopher Gonzalez, to show cause why sanctions should not be imposed for his failure to seek admission to this Court. (Doc. 15) Alternatively, the Court allowed Mr. Gonzalez to seek admission. He has now been admitted. Thus, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **March 10, 2016**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE